Kenneth Leroy MILYARD, Petitioner/Appellant,

v.

Mary Kay MILYARD, n/k/a Mary Kay Dorsey, Respondent/Respondent.

No. 66429.

Missouri Court of Appeals, Eastern District, Division One.

Feb. 21, 1995.

Richard J. Eisen, Lawrence G. Gillespie, Eisen, Gillespie & Hilton, Webster Groves, for appellant.

M. Jill Wehmer, Mary J. Ligocki, Riezman & Blitz, P.C., St. Louis, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

### ORDER

PER CURIAM.

Husband appeals the circuit court's order denying husband's motion to set aside, vacate or amend a September 24, 1991 Decree of Dissolution. We affirm. No error of law appears; an extended opinion would have no precedential value. Rule 84.16(b).

Norbert FOELLER, Employee/Respondent,

v.

MALLINCKRODT CHEMICAL INC., Employer/Appellant,

and

Liberty Mutual Insurance Co., Insurer/Appellant,

and

Treasurer of the State of Missouri, as custodian of the Second Injury Fund.

No. 66635.

Missouri Court of Appeals, Eastern District, Division One.

Feb. 21, 1995.

John F. Sander, St. Louis, for appellants.

Evan J. Beatty, St. Louis, for respondent.

Jeremiah W. (Jay) Nixon, Atty. Gen., Maria W. Campbell, Asst. Atty. Gen., Jefferson City, for Second Injury Fund.

Before REINHARD, P.J., and CRANDALL and CRAHAN, JJ.

### ORDER

PER CURIAM.

Appellants, Mallinckrodt Chemical Inc. and Liberty Mutual Insurance Co., appeal from the Labor and Industrial Relations Commission's award of permanent partial disability. We affirm. We have reviewed the briefs of the parties and the legal file and find the findings of the Commission are supported by competent and substantial evidence on the whole record. As we further find an extended opinion would have no precedential value, we affirm the Commission's award pursuant to Rule 84.16(b).